DANIEL G. BOGDEN
United States Attorney
District of Nevada
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney
Nevada Bar No. 1925
U.S. Attorney's Office
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Facsimile: 702-388-6787
Email: *daniel.hollingsworth@usdoj.gov*
Attorneys for the United States

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 2:14-CV-946-JAD-(GWF) |
| $15,076.92 IN UNITED STATES CURRENCY, | ) |
| Defendant. | ) |

**THE UNITED STATES OF AMERICA'S UNOPPOSED EX PARTE APPLICATION TO EXTEND THE TIME TO FILE A CIVIL COMPLAINT FOR FORFEITURE IN REM OF THE $15,076.92 IN UNITED STATES CURRENCY AND ORDER**
**(Third Request)**

The United States of America respectfully applies for an extension of time to and including January 8, 2016, for the United States to file a Civil Complaint For Forfeiture In Rem of the $15,076.92 in United States Currency pursuant to 18 U.S.C. § 983(a)(3)(A) and LR 6.  The Civil Complaint For Forfeiture In Rem of the $15,076.92 in United States Currency is due July 8, 2015.

The grounds for this application are (1) the government is pursuing criminal prosecution against James Jariv, and (2) counsel for James Jariv agreed to the extension of time. James Jariv has pled guilty

in his criminal case. His sentencing is currently scheduled for August 5, 2015. Once James Jariv is sentenced in his criminal case, the United States will dismiss this civil case.

This Sealed Ex Parte Application is made and is based on this Application and the attached Memorandum of Points and Authorities.

DATED this 26th day of June, 2015.

DANIEL G. BOGDEN
United States Attorney

/s/ Daniel D. Hollingsworth
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney

## MEMORANDUM OF POINTS AND AUTHORITIES

### I. STATEMENT OF FACTS

On or about January 14, 2014, $15,076.92 in United States Currency was seized from Mountain America Credit Union, account number 9669831, in the name of Nevada Star Development, Inc., located at 7820 West Lake Mead Boulevard, Las Vegas, Nevada 89128 with a judicially approved and issued civil seizure warrant.

The $15,076.92 in United States Currency was subject to administrative summary forfeiture proceedings; however, James Jariv filed an administrative claim on or about April 9, 2014.

Nathan Stoliar and James Jariv have pled guilty to the Indictment. Nathan Stoliar was sentenced on April 9, 2015. James Jariv is scheduled for sentencing on August 5, 2015. Once James Jariv is sentenced in his criminal case, the United States will dismiss this civil case.

### II. ARGUMENT

This Court should grant this application for an extension of time to file a Civil Complaint For Forfeiture In Rem of the $15,076.92 in United States Currency because counsel for James Jariv has agreed. LR 6-1; 18 U.S.C. § 983(a)(3)(A).

> [T]he Government shall file a complaint for forfeiture in the manner set forth in the Supplemental Rules for Certain Admiralty and Maritime Claims ... , a court in the district in which a complaint will be filed may extend the period for filing a complaint for good cause shown or upon agreement of the parties."

18 U.S.C. § 983(a)(3)(A).

The filing of a Civil Complaint For Forfeiture In Rem, pursuant to 18 U.S.C. § 983, starts a civil forfeiture in rem action that is new and is separate from the criminal prosecution. A district court has the authority under 18 U.S.C. § 983(a)(3)(A) to extend the period of time to file a Civil Complaint For Forfeiture In Rem based on the agreement of the parties. Doing otherwise could cause interference with the criminal prosecution.

On June 25, 2015, James Jariv's counsel, Tim Johnson, agreed to the extension of time and authorized counsel for the United States to file this unopposed motion with this Court. Because the

parties have agreed that the United States should be allowed an extension of time to file its In Rem Complaint, the government respectfully asks this Court to grant its motion pursuant to 18 U.S.C. § 983(a)(3)(A).

This Application is not submitted solely for the purpose of delay or for any other improper purpose.

## II. CONCLUSION

This Court should grant an extension of time to and including January 8, 2016, for the United States to file a Civil Complaint For Forfeiture In Rem of the $15,076.92 in United States Currency under 18 U.S.C. § 983(a)(3)(A) because both parties agreed to the extension.

DATED this 26th day of June, 2015.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

/s/ Daniel D. Hollingsworth
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
DATED: June 26, 2015